No. 15, Original. ILLINOIS *v.* MICHIGAN ET AL. The motion to advance and for summary judgment is denied. The case is set for argument on the motion for leave to file the complaint for declaratory judgment and assigned for hearing at the end of the calendar for the week of May 18th. Two hours are allowed for oral argument. The Solicitor General is invited to file a brief and participate in the oral argument if he is so advised and 30 additional minutes are allowed for that purpose. *Latham Castle,* Attorney General of Illinois, *William C. Wines,* Assistant Attorney General, and *George E. Billett* for complainant.

No. 101. VITARELLI *v.* SEATON, SECRETARY OF THE INTERIOR, ET AL. Certiorari, 358 U. S. 871, to the United States Court of Appeals for the District of Columbia Circuit. The motion to substitute Roger W. Jones in the place of Harris Ellsworth, resigned, as a party respondent is granted. *Henry E. Sprogell* for appellant. *Solicitor General Rankin* for respondents.

No. 398. LOUISIANA POWER & LIGHT Co. *v.* CITY OF THIBODAUX. Certiorari, 358 U. S. 893, to the United States Court of Appeals for the Fifth Circuit. The motion of the respondent for leave to file supplemental brief is granted. *Louis Fenner Claiborne* for respondent.

No. 454. TERRITO ET AL. *v.* UNITED STATES ET AL. The motion to recall the judgment and to reinstate the appeal is denied. MR. JUSTICE FRANKFURTER took no part in the consideration or decision of this motion. *Francis J. Ortman* for appellants. For previous decision, see 358 U. S. 279.